AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

FILED
WILLIAMSPORT
AUG 3 1 2026
PER OAW
DEPUTY CLERK

United States of America
v.
Shannon Ishler
*Defendant(s)*

Case No. 4:26-mj-00061

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 1, 2024 to April 5, 2024, in the county of Centre in the Middle District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC § 2251(b) | production of child pornography by any parent, legal guardian, or person having custody or control of a minor; |
| 18 USC § 2252(a)(4)(B) & (b)(2) | possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Adrienne Krater, Special Agent, FBI
*Printed name and title*

Sworn to telephonically and signed electronically by me.

Date: August 30, 2026

*Judge's signature*

City and state: Williamsport, Pennsylvania

Sean A. Camoni, United States Magistrate Judge
*Printed name and title*