FILED
WILLIAMSPORT
AUG 31 2026
PER NR
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:26-MJ-00061 |
| v. | : | |
| SHANNON ISHLER,<br>Defendant. | : | (M.J. CAMONI) |

## MOTION TO UNSEAL THE CASE

The United States Attorney for the Middle District of Pennsylvania and Luisa H. Berti, Assistant United States Attorney, respectfully move the Court to unseal this case except for the Affidavit of Probable Cause attached to the Complaint.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

/s/ Luisa H. Berti
LUISA H. BERTI
Assistant United States Attorney
Attorney ID # FL 73462
235 N. Washington Ave., Suite 311
Scranton, PA 18501
(570) 348-2800
luisa.berti@usdoj.gov